**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 11-7355**

---

KENNETH WAYNE WOODFIN,

       Petitioner - Appellant,

    v.

GENE M. JOHNSON, Director of the Virginia Department of Corrections,

       Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, Chief District Judge.  (3:10-cv-00495-JRS)

---

Submitted:  February 23, 2012    Decided:  February 27, 2012

---

Before MOTZ, DAVIS, and DIAZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Kenneth Wayne Woodfin, Appellant Pro Se.  Richard Carson Vorhis, Senior Assistant Attorney General, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Wayne Woodfin seeks to appeal the district court's orders denying relief on his 28 U.S.C. § 2254 (2006) petition and his Fed. R. Civ. P. 59 motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85. We have independently reviewed the record and conclude that Woodfin has not made the requisite showing. Accordingly, we deny Woodfin's motion for a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the

2

materials before the court and argument would not aid the decisional process.

DISMISSED